UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-12-3

FILED
2012 OCT 18 PM 5 09
U.S. DISTRICT COURT
NEW HAVEN, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:12CR____ (___) |
| v. | VIOLATIONS: |
| DANA RIVERA and SAMUEL RIVERA, | 18 U.S.C. Section 1594(c) (Conspiracy to Commit Sex Trafficking of a Minor) |
| Defendants. | 18 U.S.C. Section 1591(a) and (b) (Sex Trafficking of a Minor) |
| | 18 U.S.C. Section 2 (Aiding and Abetting) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Commit Sex Trafficking of a Minor)

1. At all times relevant to this Indictment, Minor Victim 1 ("MV-1"), a person whose identity is known to the Grand Jury, was under the age of 18 years.

2. Prior to and during the events described in Paragraph 3 below, defendants SAMUEL RIVERA and DANA RIVERA each had a reasonable opportunity to observe MV-1.

3. From in or about December 2010, the exact dates being unknown to the Grand Jury, and continuing through on or about June 15, 2011, in the District of Connecticut and elsewhere, defendants DANA RIVERA and SAMUEL RIVERA, in and affecting interstate commerce, knowingly conspired with one another, and with persons known and unknown to the Grand Jury, to recruit, entice, harbor, transport, provide, obtain, and maintain by any means MV-1, knowing and in reckless disregard of the fact that MV-1 had not attained the age of 18 years

and would be caused to engage in a commercial sex act, in violation of Title 18 United States Code, Sections 1591(a)(1), (b)(2), and (c).

All in violation of Title 18, United States Code, Section 1594(c).

COUNT TWO
(Sex Trafficking of a Minor)

4. The allegations contained in Paragraphs 1 and 2 are incorporated herein.

5. From in or about December 2010, the exact dates being unknown to the Grand Jury, and continuing through on or about June 15, 2011, in the District of Connecticut and elsewhere, defendants DANA RIVERA and SAMUEL RIVERA, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means MV-1, knowing and in reckless disregard of the fact that MV-1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and aided each other, and others known and unknown to the Grand Jury, to do the same.

In violation of Title 18 United States Code, Sections 1591(a)(1), (b)(2), and (c); and 2.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

DAVID B. FEIN
UNITED STATES ATTORNEY

DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY