# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | CASE NO. 12-CR-221(RNC) |
|---|---|---|
| v. | : | |
| SAMUEL RIVERA | : | June 5, 2013 |

## SENTENCING MEMORANDUM

Samuel Rivera, the defendant, is scheduled for sentencing on June 13, 2013. Under the plea agreement, Mr. Rivera is facing a sentence of 78 to 97 months. Consistent with the plea agreement, we are respectfully requesting that the Court impose a sentence of 78 months, the bottom of the guideline range, which is a sentence that is sufficient but no greater than necessary to accomplish the statutory objectives of criminal sentences as set forth in 18 U.S.C. § 3553 (a).

Mr. Rivera became involved in this case at the suggestion of his ex-wife, Dana Rivera, who asked him to provide rides so that the victim, AM, who was 16 years old at the time, could continue to engage in prostitution on behalf of herself and Ms. Rivera. This was in May of 2011. Mr. Rivera agreed to do so. On June 15, 2011, Mr. Rivera was arrested outside a motel in Niantic where he had brought AM to service a customer. He was not, however, arrested on prostitution charges but rather on a violation of previous restraining order because he was accompanied at the time by Dana Rivera. There is no claim that Samuel was in any way abusive to Dana at that time, indeed she had asked him to provide them with the ride. Since, however, there was an unmodified restraining order in effect at that time, he was arrested on the state charges. He was thereafter released on bond. From that date, Mr. Rivera has had no

further contact with AM.

Mr. Rivera was arrested on these federal charges on November 16, 2012. In the interim, between June 15, 2011 and November 16, 2012, Mr. Rivera had made significant progress in getting his life in order. The attached letter from RG, the mother of his anticipated child, attests to his change of direction during this period of time. Mr. Rivera, however, recognizes that his past conduct has consequences and that punishment is appropriate for his role in the harm that was caused to AM, the victim in this case. Under all the circumstances, we are asking that the Court conclude that a sentence of no more than 78 months is warranted.

As set forth in the Presentence Report, Mr. Rivera's childhood was severely impacted by the untimely death of his father. Jeremiah Rivera, Samuel's brother, has provided a letter which is attached hereto which poignantly sets forth the circumstances of this event and how this altered the course of his then ten year old brother's life. The Rivera family never had any significant financial resources and Samuel's mother was also impacted by the tragic and untimely death of her husband. Samuel's later marriage with Dana Rivera was obviously bad for both of them as they seem to have brought out the worst in each other. Given their volatile personal history, one might well question why Dana Rivera would have reached out to Samuel to assist her in continuing the prostitution, and to further question why Samuel would renew the contact with Dana. The answer, it is respectfully submitted, is to be found in the way that their weakness reinforced each other.[1]

---

[1] The presentence report at par. 83 and particularly at par. 84, suggest that Samuel's past conduct and the violation of the protective order in contacting Dana reflects an indifference to authority and individual rights. Respectfully, we would submit that this unduly simplifies what was a very complex and dysfunctional relationship on

In this case, it is clear that AM had serious personal problems which long preceded any contact she had with Dana Rivera, and certainly longer preceded her subsequent contact with Samuel. The defendant recognizes that this does not justify his conduct, but it does help to explain why it was that his thoughtlessness rather than any malice towards AM or others was the driving force behind his involvement in this case. Whatever the motivation, Samuel is not seeking to excuse his conduct. Indeed by his plea and his letter to the Court, he has demonstrated that he has accepted responsibility for his actions and that he recognizes how this hurt AM in particular, as well as offended our criminal statutes. He realizes that the lengthy period of separation between himself and his family will be difficult but he is committed to making the most of all available opportunities during this time to make himself a better person and to get back to his family as soon as possible.

Accordingly, we are requesting that the Court impose the sentence at the bottom of the guideline range of 78 months. Such a sentence, it is respectfully submitted, will accomplish all of the sentencing objectives of 18 USC § 3553(a), and is fully warranted in this case.

---

both their parts. Samuel did not reinitiate the relationship but instead was asked by Dana to help her to continue the prostitution. He never dominated or controlled Dana in that enterprise but took his directions from her. This is not a point of pride nor does it seek to excuse his conduct, but rather is a matter of accuracy as to what was involved between the two of them.

Respectfully submitted,

THE DEFENDANT,
SAMUEL RIVERA

_____/s/_____
Michael O. Sheehan
Sheehan & Reeve
139 Orange Street, Suite 301
New Haven, CT  06510
(203) 787-9026 (phone)
(203) 787-9031 (fax)
msheehan@sheehanandreeve.com
Federal Bar No.  ct05450

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion has been served electronically by filing a copy of same through the court's electronic filing system.

_____/s/_____
Michael O. Sheehan



ATTACHMENT "A"

Dear Judge Chatigny,

My name is Rebecca Gironimi and I am Samuel Rivera's girlfriend. Due to the fact that this case's events happened prior to our meeting, I was unaware of what was happening until the day I went with Sammy as he turned himself in. Over the last six, almost seven months I have gotten the chance to learn more about the case and I fully understand the seriousness of the charges he has pled guilty to. Despite that, I continue to stand by him because I know this one situation, although it certainly was wrong and harmful, does not define him as a person. Although I am sad about the consequences to us, I am proud of the fact that Sammy has accepted responsibility for his past actions and taken the right steps to get back to us as soon as possible.

I am often asked if I wish he had been arrested closer to the time the case occurred so I wouldn't have to deal with this situation and I would not be facing the struggle of raising our unborn daughter alone for the first few years of her life. I can honestly say, I am glad things have happened the way they did, I have gotten the chance to fall in love with the best man I have ever met.

When we first met, I knew he had made mistakes in the past and he did not surround himself with friends that made the best choices either. However, as our relationship progressed I had the privilege of watching him mature and make more responsible choices to improve his life. I have two daughters of my own who he developed relationships with and they both now refer to him as daddy. We became his family, people who are important to him, people he would do anything for.

Over the course of our relationship, I watched as he distanced himself from friends who were nothing but bad influences and focused on getting on the right track so he could provide for the people who now depended on him. His past decisions may have been selfishly motivated but that was a long time ago since then he has put me and my kids needs before his own, providing financially for us when I was struggling and he took care of them when they were sick so I could go to work because no one else would.

Unfortunately, because of what he did in the past, our daughter will grow up without him around for the first couple years but I know that when he comes home he will be an amazing father, like he has been to mine. He spent most of his free time spending quality time with two children who were not biologically his and although communication is limited now he is always checking up on our baby. Sammy has been my constant source of support and encouragement as I finish up my college degree, work, and raise our children and I will return that favor when he comes home. I have stood by him through all of this and will continue to do so, even when he comes home, I will support him and encourage him. We have plans for the future and I know he will not do anything to jeopardize those.

Very truly yours,

*Rebecca Gironimi*

Rebecca Gironimi

ATTACHMENT "B"

Informa (IBI)
Business Information
52 Vanderbilt (7th Floor)
New York, NY 10017

Dear Judge Chatigny,

    I am the younger brother of Samuel Rivera. Understanding what he is being charged with, and what he has admitted doing in this case, I wanted to share a bit of his past. In a nutshell Samuel experienced something that most don't until late in life, the death of a father at a young age. He saw this happen in front of him and was unable to do anything to prevent it. Many of the decisions he made from this point on were questionable. I don't blame him, we had no guidance. Our mother was always in the hospital, I guess she couldn't cope with the death of our father either. As a result we had to fend for ourselves. My strategy for dealing with conflicts was to anticipate them and then try to avoid them or otherwise reduce them – but I do think that this strategy was informed by my watching Samuel's lack of success in accomplishing what he needed and wanted through conflict. I don't think that Samuel wanted these difficulties for himself or for the rest of us, but I do think he just didn't know how to act otherwise.

    Years later he was kicked out of the house, in part because our mother chose to please her boyfriend and forget about children. I don't think my mother did this out of malice, but I don't think that she ever really learned how to put her needs aside when we needed her help. After he was kicked out of the house he moved around a bit seeking a place to call home, long story short he ended up Connecticut married.

    I lived with Samuel and Dana for a few months after they got married but I realized very quickly that neither Samuel nor Dana were ready for marriage. Not only were they too young, but they were completely ill suited for one another. It seemed to me that Dana had many mental health needs that Samuel was ill equipped to even understand or address. They certainly would have overwhelmed me. Instead of supporting and encouraging each other, their weaknesses and inexperience were negative for both of them.

    As far as his involvement in this case, in my experience, Samuel doesn't always see the big picture behind his actions and/or decisions, but I also want to let you know that by no means is he a bad person. He tried to take care of me as a big brother and he has a golden heart. He will always be my brother and I will do my best to support him as well.

Sincerely,

*Jeremiah Rivera*

Jeremiah Rivera